UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARC DAVID MCCOOL,<br><br>                Defendant. | Case No. 24-297 PLM<br><br>DETENTION ORDER |

Defendant Marc David McCool is charged with attempted enticement of a minor, 18 U.S.C. § 2422(b), and travel with intent to engage in a sexual act with a minor, 18 U.S.C. § 2423(b). The Court held a detention hearing on May 23, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. McCool is charged with an offense with a maximum sentence of life and as he is charged with an offense that involves a minor victim.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. McCool as required and the safety of the community. Mr. McCool is a long-time resident of Portland, Oregon, has stable employment, and stable housing.

4. Mr. McCool poses a risk of danger due to the nature of the instant offense and the weight of evidence against him. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure that Mr. McCool will not pose a danger to other persons or the community if released.

IT IS THEREFORE ORDERED:

(1) Mr. McCool shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. McCool shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. McCool is confined shall deliver Mr. McCool to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. McCool, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 23rd day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3